

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

TOMMY JAMES LEWIS, §

      Appellant, §

v. §

THE STATE OF TEXAS, §

      Appellee. §

§

No. 08-15-00015-CR

Appeal from the

109th District Court

of Andrews County, Texas

(TC# 6552)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF MAY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating